UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : HON. KATHARINE S. HAYDEN |
| v. | : Crim. No. 10-647 |
| OSCAR ARMANDO HERNANDEZ-ESTRADA, a/k/a ""Julio Cesar Robles," a/k/a "Santiago Torres" | : ORDER FOR CONTINUANCE : |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Lakshmi Srinivasan Herman, Assistant U.S. Attorney), and defendant Oscar Armando Hernandez-Estrada, a/k/a ""Julio Cesar Robles," a/k/a "Santiago Torres" (Donald McCauley, AFPD), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 72 days to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement so that the parties could attempt to resolve the matter and thereby avoid a possible trial, and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury

proceedings and any subsequent trial of this matter unnecessary; and

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this _____ day of October, 2010,

ORDERED that this action be, and it hereby is, continued for a period of 72 days from October 20, 2010; and it is further

ORDERED that the period from October 20, 2010 through December 31, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. KATHARINE S. HAYDEN
United States District Judge

Form and entry
consented to:

Lakshmi Srinivasan Herman
Assistant U.S. Attorney

Donald McCauley, AFPD
Counsel for defendant Oscar Armando Hernandez-Estrada